IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:03CV296

| | |
|---|---|
| DEBORA ODOMS and CALVIN STROUD, Individually, and as Co-Administrators of the Estate of Tyreze Odoms, Deceased,<br><br>      Plaintiffs,<br><br>Vs.<br><br>CLEVELAND COUNTY, NORTH CAROLINA, *et al.*,<br><br>      Defendants. | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the September 2005 term in the Asheville Division.

The Court has referred the parties' various motions to the Magistrate Judge. Because the responses are not yet due, the Magistrate Judge will not have an opportunity to review the motions and render his memorandum and recommendation before the pretrial conference date of August 30, 2005. Therefore, the Court finds in the interest of justice, and in order to provide the parties adequate time to prepare for trial, this case will be continued from the September 2005 trial term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's November 14, 2005, term in the Asheville Division.

**Signed: August 5, 2005**

*[signature]*

Lacy H. Thornburg
United States District Judge