IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:03cv296

| | |
|---|---|
| DEBORA ODOM and CALVIN STROUD, Individually, and as Co-Administrators of the Estate of TYREZE ODOMS, Deceased, <br><br> Plaintiffs, <br><br> Vs. <br><br> CLEVELAND COUNTY, NORTH CAROLINA; CLEVELAND COUNTY SHERIFF'S DEPARTMENT; SOUTHERN HEALTH PARTNERS, INC.; RAYMOND HAMRICK AS SHERIFF OF CLEVELAND COUNTY; TIMOTHY BRACKEN Individually; ROGER JUSTICE, Individually; CURTIS WOOD, Deceased, Individually; SANDRA PACKARD, Individually; PHYLLIS B. SIMS, Individually; JACK SIMPSON, Individually; LAURIE BUMGARNER, MD, Individually; and CHARLOTTE LIBERTY MUTUAL INSURANCE COMPANY, surety for the Sheriff of Cleveland County <br><br> Defendants. | ORDER |

**THIS MATTER** is before the court on all pending motions. Based on settlement of all claims in this matter, which has been placed on the record, all pending motions are **DENIED** as moot. This matter is administratively stayed pending receipt of a voluntary dismissal filed in accordance with Rule 41(a), Federal Rules of Civil Procedure.

The Clerk of this court is respectfully instructed to send a copy of this Order to the district court.

**Signed: September 7, 2005**

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge